**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BYRON HOBBS,                              )     C 06-5623 MMC (PR)
                                          )
              Plaintiffs,                 )     **ORDER OF DISMISSAL**
                                          )
       vs.                                )
                                          )
JAMES SMITH,                              )
                                          )     (Docket Nos. 2 & 5)
              Defendant.                  )
_____           )

       On September 14, 2006, plaintiff, an inmate at the San Francisco County Jail and

proceeding pro se, filed the above-titled civil rights action pursuant to 42 U.S.C. § 1983,

alleging another inmate, James Smith, struck him in the face.  Plaintiff has applied for leave

to proceed in forma pauperis.

       Where a plaintiff seeks to proceed in forma pauperis, the district court must dismiss

the case if it determines the complaint "fails to state a claim on which relief may be granted."

See 28 U.S.C. § 1915(e)(2)(B)(ii).  Pro se pleadings, however, must be liberally construed.

See Balistreri v. Pacifica Police Dep't, 901 F.2d 696, 699 (9th Cir. 1988).

       To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two essential

elements: (1) that a right secured by the Constitution or laws of the United States was

violated and (2) that the alleged violation was committed by a person acting under color of

state law.  See West v. Atkins, 487 U.S. 42, 48 (1988).  Defendant James Smith, an inmate, is

not a person acting "under color of state law."  See Gomez v. Toledo, 446 U.S. 635, 640

(1980) (holding private individual does not act under color of state law).  Consequently,

plaintiff's claims against defendant James Smith are not cognizable under § 1983.

1    Accordingly, plaintiff's complaint is hereby DISMISSED for failure to state a claim

2  upon which relief may be granted.

3    In light of the dismissal, plaintiff's application to proceed in forma pauperis is hereby

4  DENIED and no fee is due.

5    This order terminates Docket Nos. 2 and 5.

6    The Clerk shall close the file.

7    IT IS SO ORDERED.

8  DATED: January 3, 2007

9
                          _____
                          MAXINE M. CHESNEY
10                        United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28